UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIKE YELLEN,

        Plaintiff,

v.

BOYD GAMING,

        Defendant.

2:10-CV-1976 JCM (PAL)

**ORDER**

Presently before the court is the report and recommendation of United States Magistrate Judge Peggy A. Leen. (Doc. #4). Plaintiff Mike Yellen filed an opposition. (Doc. #5).

Upon reviewing plaintiff's second motion/application to proceed *in forma pauperis* (doc. #3), Judge Leen filed a report and recommendation (doc. #4), recommending that plaintiff's application to proceed *in forma pauperis* (doc. #3) be denied.

In the plaintiff's opposition, he states that "[t]he only expense that was noted was [p]laintiff's insurance payment," and that "[t]here is an additional cost of $1,300.00 that was not taken into consideration." (Doc. #5). Plaintiff claims that "[t]here are other cost [sic] that are paid, but not each month; i.e. toothpaste, toilet paper, cleaning items, items to wash cloths [sic], dog and bird food, hygiene items, clothes, paper, pens. Plaintiff did not add these cost [sic], as they vary from time to time, and are not paid each month, yet are expenses that must be incurred by [p]laintiff." *Id*.

Plaintiff has failed to show the court why his motion/application to proceed *in forma*

**James C. Mahan**
**U.S. District Judge**

*pauperis* should be granted. First, plaintiff failed to include this sum in section six[1] of his application (doc. #3) under "other regular monthly expenses." Second, even if the court considers these to be "regular monthly expenses," the items listed do not support a sum of $1,300.00 a month. As plaintiff has failed to provide any legal justification to support his opposition, the court is inclined to affirm Judge Leen's report and recommendation. (Doc. #4)

Upon review of the magistrate judge's finding and recommendation (doc. #4) and plaintiff's objection to the report and recommendation (doc. #5),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and recommendation of United States Magistrate Judge Peggy A. Leen (doc. #4) is AFFIRMED in its entirety.

IT IS FURTHER ORDERED that plaintiff Mike Yellen's motion/application to proceed *in forma pauperis* (doc. #3) be, and the same hereby is, DENIED.

DATED April 7, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Section six of the motion/application asks the plaintiff to provide the court with "[a]ny housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*." (Doc. #3) (emphasis supplied). Plaintiff listed only "[g]as & electric $200.00; [f]ood $300.00; [h]ousing [e]xpense $800.00." *Id*.